2009-18664
FILED
December 27, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002296050

*NOTE: THIS FORM IS FOR USE ONLY IN MOTIONS HEARD BY JUDGE W. RICH[ARD LEE]*
*IT IS TO BE USED WHERE RELIEF IS DENIED OR THE STAY IS TERMINATED OR [...]*
*A DIFFERENT FORM MUST BE USED FOR ADEQUATE PROTECTION ORD[ERS]*

| Name, Address, Telephone of Attorney for Movant | FOR COURT USE ONLY |
|---|---|
| Prober & Raphael, A Law Corporation<br>Cassandra J. Richey, Esq., #155721<br>PO Box 4365<br>Woodland Hills, CA 91364<br>(818) 227-0100  (818) 227-0101 (fax)<br>cmartin@pprlaw.net<br>Attorney(s) for U.S. Bank, N.A. | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re RENE JUDE DIAZ, JR. AKA RENE J. DIAZ<br><br>Debtor(s). | CASE NUMBER: 09-18664-B-7<br><br>MOTION CONTROL NUMBER: PPR-1 |
|---|---|
| U.S. BANK, N.A.<br><br>Movant(s),<br>v.<br>RENE JUDE DIAZ, JR., DEBTOR AND<br>SHERYL ANN STRAIN, TRUSTEE<br><br>Respondent(s). | HEARING DATE: 12/16/2009<br>TIME: 11:00 a.m.<br>JUDGE: W. Richard Lee<br><br>**ORDER ON MOTION FOR RELIEF**<br><br>**FROM AUTOMATIC STAY** |

A motion for relief from the stay of 11 U.S.C. §362(a) having been
¹[ ] heard at the above referenced time with appearances as noted in the court minutes,
²[✓] resolved without oral argument, no opposition having been filed and cause for relief having been shown,
³[ ] presented *ex parte* pursuant to prior court order,

IT IS ORDERED,
⁴[✓] upon review of the evidence presented,
⁵[ ] pursuant to stipulation of the parties,
*[One of the above must be checked.]*

RECEIVED
December 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002296050

(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay

⁶[ ] that the motion is denied [ ] with [ ] without prejudice.
⁷[ ] that the debtor(s) is/are dismissed from the motion, their discharge having been entered in this case.

⁸[✓] that the automatic stay is [✓] terminated    [ ] annulled
    ⁹[✓] upon the signing of this order
    ¹⁰[ ] as of _____

as to the interest of ¹¹[✓] the debtor(s) and ¹²[✓] the trustee as to the movant's interest in the property described
    ¹³[ ] on Exhibit A attached hereto.
    ¹⁴[✓] below: 213 Rocky Hill Street, Porterville and the Manufactured Home -used 1977 Golden West, Villa West A26337-B26337, LOT 3 OF TRACT NO. 42 IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 19, PAGE 108 OF MAPS, TULARE COUNTY RECORDS.

IT IS FURTHER ORDERED:

¹⁵[✓] Movant may pursue all available state law remedies to obtain possession of the subject property.

¹⁶[ ] Relief from the stay is subject to the right of any party in interest to request by motion reinstatement of the stay.

¹⁷[✓] The ten-day stay provided by FRBP 4001(a)(3) is waived for cause.

¹⁸[✓] Other:

No attorneys' fees for the Motion awarded, however Movant may file a separately noticed Motion for applicable attorneys fees pursuant to 11 U.S.C. Section 506(b) or applicable non-bankruptcy law if warranted.

FURTHER ORDERED that this bankruptcy is finalized with regard to this note and trust deed for purposes of Cal. Civil Code 2923.5

Dated: December 27, 2009

_____
W. Richard Lee
United States Bankruptcy Judge